■ In the Matter of SMALL SMILES LITIGATION. KELLY VARANO, as Parent and Natural Guardian of Infant JEREMY BOHN, et al., Respondents, v FORBA HOLDINGS, LLC, Now Known as CHURCH STREET HEALTH MANAGEMENT, LLC, et al., Defendants, and NAVEED AMAN, D.D.S., et al., Appellants. (Action No. 1.) SHANTEL JOHNSON, as Parent and Natural Guardian of Infant KEVIN BUTLER, et al., Respondents, v FORBA HOLDINGS, LLC, Now Known as CHURCH STREET HEALTH MANAGEMENT, LLC, et al., Defendants, and SHILPA AGADI, D.S.S., et al., Appellants. (Action No. 2.) TIMOTHY ANGUS, as Parent and Natural Guardian of Infant JACOB ANGUS, et al., Respondents, v FORBA HOLDINGS, LLC, Now Known as CHURCH STREET HEALTH MANAGEMENT, LLC, et al., Defendants, and MAZIAR IZADI, D.D.S., et al., Appellants. (Action No. 3.) [979 NYS2d 908]—Appeal from an or-

der of the Supreme Court, Onondaga County (John C. Cherundolo, A.J.), entered October 29, 2012. The order sua sponte adopted the recommendations of a referee, which largely rejected the objections of defendants-appellants to plaintiffs' discovery responses.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Sholes v Meagher*, 100 NY2d 333, 335 [2003]). Present—Scudder, P.J., Centra, Fahey, Carni and Valentino, JJ.